UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>Plaintiff, </br></br>vs </br></br>CARLOS CRUZ-SANCHEZ, </br></br>Defendant, | No. 08CR1837-DMS </br></br>**JUDGMENT OF DISMISSAL** </br>(Rule 32(d)(1), Fed.R.Crim.P.) |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of:

8:1325 - Illegal Entry (Misdemeanor) (1)

8:1325 - Illegal Entry (Felony) (2-3)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 6/20/08

_____
United States Magistrate Judge

ENTERED ON _____

K:\Common\Lewis\Criminal Forms and Documents\jdgdism.frm