**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JUN 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2008 JUL -1 AM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08CR1837-DMS |
| Plaintiff, ) | |
| vs ) | **JUDGMENT OF DISMISSAL** |
| ) | (Rule 32(d)(1), Fed.R.Crim.P.) |
| CARLOS CRUZ-SANCHEZ, ) | |
| Defendant, ) | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of:

8:1325 - Illegal Entry (Misdemeanor) (1)

8:1325 - Illegal Entry (Felony) (2-3)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 6/20/08

I have executed within Judgment of dismissal
~~Judgement and Commitment~~ on 6/30/08

United States Marshal
By: _____
USMS Criminal Section

_____
United States Magistrate Judge

ENTERED ON _____

K:\Common\Lewis\Criminal Forms and Documents\jdgdism.frm